## 952 CASES REPORTED WITH BRIEF SYLLABI.

Mamaroneck Sash, Door and Trim Company, Incorporated, Plaintiff, v. Francis B. Wood and Others, Defendants.— Motion denied, with ten dollars costs.    Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Manilla Anchor Brewing Company, Appellant, v. Raw Silk Trading Company and Others, Defendants.    Salvatrice Castrogiovanni, Respondent.— Motion granted, without costs.    Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

William S. Pendleton, Respondent, v. William P. Bennett, Appellant. — Motion granted, without costs, and appellant's time to print and file papers extended to October 10, 1914.    Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Joseph Aiello, Respondent, v. Frank Rocco, Appellant.— Judgment and order of the County Court of Westchester county reversed and new trial ordered, costs to abide the event, on the ground that the evidence shows that the parties agreed that the work should be done as the plans and specifications provided, except as otherwise stipulated, and that it was not so done.    Hence the plaintiff failed to perform the contract, with resulting damage to defendant.    Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Rose Bar, Appellant, v. Abraham Mitchnick, Respondent.—Judgment reversed and new trial granted, with costs to the appellant, on the authority of *Rutter* v. *Puckhofer* (9 Bosw. 638).    Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

John Herbert Cromwell, Respondent, v. The Long Island Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion.    Burr, Rich and Stapleton, JJ., concurred; Thomas, J., dissented upon the ground that plaintiff was guilty of contributory negligence as matter of law, with whom Jenks, P. J., concurred.

Gaetano D'Amato and Others, Respondents, v. Annie V. Elkema and Another, as Substituted Trustees, etc., of Mary A. Buskirk, Deceased, Appellant, and Others, Defendants.— Judgment affirmed by default, with costs.    Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.